UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | WILLIAM S ARNOLD |
| Case Number: | 16-70435-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, APRIL 07, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A.
- Answer filed by Debtor 3/6/2017 at Doc. No. 32 [Due 3/6/2017]
R / M #:  29 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTOR:  KENNETH P. SEITZ, ESQUIRE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for JPMORGAN CHASE BANK

## Proceedings:

✓  Motion is GRANTED ⃝ / DENIED
___  Special Type Of Order:
___  CONTINUE MATTER:
    ___  For At Least _____ Days (Court To Issue Scheduling Order)
    ___  To Hearing Date Of _____ at _____ AM/PM at _____
    ___  To Conciliation Conference For _____ at
         _____ AM/PM at _____
___  ISSUE EVIDENTIARY HEARING NOTICE
    ___  Evidentiary Hearing On Value And Cram-Down Interest
    ___  Complex / Pretrial Order -  NONJURY   /   JURY
    ___  Simple / Pretrial Order - NONJURY   /   JURY
    ___  Parties To Undertake Discovery - Discovery Period:  _____ days
___  SETTLEMENT STIPULATION IS DUE _____
___  OTHER:

**- Order Entered 4/7/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
4/10/17 7:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA