## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  William S. Arnold

                Debtor

 

JPMorgan Chase Bank, N.A.

                Movant

            v.

William S. Arnold

                Respondent

            and

Ronda J. Winnecour, Trustee

                Additional Respondent

BANKRUPTCY. NO. 16-70435 JAD

CHAPTER 13

RELATED TO DOC. NO. 29

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

,     **AND NOW** this 7th day of April, 2017, at Pittsburgh, upon Motion of JPMorgan Chase Bank, N.A., it is

    **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Honda CR-V, VIN 2HKRM4H70FH670342, in a commercially reasonable manner.

 

_____

Jeffery A. Deller
Chief United States Bankruptcy Judge

cc: See attached service list:

FILED
4/10/17 7:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

William S. Arnold
1202 Emilio Street, Apartment 193
Johnstown, PA 15904

Kenneth P. Seitz Esq.
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70435-JAD
William S Arnold                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1             Date Rcvd: Apr 10, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db            +William S Arnold,    23 West 3rd Street,    Jamestown, NY 14701-5123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Debtor William S Arnold thedebterasers@aol.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 4