# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | WILLIAM S ARNOLD | |
| **Case Number:** | 16-70435-JAD | **Chapter:**  13 |
| **Date / Time / Room:** | FRIDAY, APRIL 07, 2017  10:00 AM   COURTROOM B | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | |
| **Courtroom Clerk:** | MARY SCHUETZ | |
| **Reporter / ECR:** | N/A | |

## *Matter:*

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 6/22/2016
- Conciliation Conferenced Held 12/15/2016 - Continued To 1/13/2017 Contesteds
- Order entered 1/5/2017 Changing Hearing Time From 10:00 AM To 11:00 AM
- Hearing Held 1/13/2017 - Continued To 4/7/2017
R / M #:  10 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  KENNETH P. SEITZ, ESQUIRE
CREDITOR:

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____

_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order -  NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

**✱ ORDER**

Confirmation is Denied. An order shall be entered that dismisses this case without prejudice.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

4.7.2017

FILED
4/10/17 8:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1/18/2017  12:13:10PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70435-JAD
William S Arnold                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: aala           Page 1 of 1        Date Rcvd: Apr 10, 2017
                           Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db            +William S Arnold,   23 West 3rd Street,   Jamestown, NY 14701-5123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Debtor William S Arnold thedebterasers@aol.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 4