IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

**WILLIAM S. ARNOLD,** : Bankruptcy No. 16-70435-JAD
:
:
: Issued Per 4/7/2017 Proceeding
:
:
Debtor. : Chapter 13
_____X

**ORDER DISMISSING CASE WITHOUT PREJUDICE
AND TERMINATING INCOME ATTACHMENT(S)**

    **AND NOW,** this **10th** day of **April, 2017, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**, and that the Debtor's estate remains legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

    **IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

    **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

    **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____  mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
4/10/17 8:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70435-JAD
William S Arnold                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 2           Date Rcvd: Apr 10, 2017
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
```
db             +William S Arnold,    23 West 3rd Street,    Jamestown, NY 14701-5123
14241466       +611 MRI CT,    State College and Altoona,    2950 Fairway Drive, Suite 1,
                 Altoona, PA 16602-4494
14241470      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Cen,     Attn:Collection Center,   Po Box 14931,
                 Pittsburgh, PA 15234)
14241471       +Credit Management, LP,    Attn: Bankruptcy,    Po Box 118288,   Carrolton, TX 75011-8288
14241472       +Credit Protection Assoc,    Po Box 802068,    Dallas, TX 75380-2068
14241473       +DLP Conemaugh Phys Group,    1086 Franklin Street,    Johnstown, PA 15905-4305
14241474       +Dr Leonards/carol Wrig,    1515 S 21st St,    Clinton, IA 52732-6676
14241475      #+King Maceyko Dermatology Associates,    572 Philadelphia Street,    Indiana, PA 15701-3928
14272517       +Mason,   c/o Creditors Bankruptcy Service,     P.O. Box 800849,   Dallas, TX 75380-0849
14241476       +Merchants Credit,    223 W Jackson Blvd,    Ste 700,   Chicago, IL 60606-6914
14257593       +Penelec,   c/o FirstEnergy,    331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-5688
14241478       +Penelec,    P.O. Box 3687,   Akron, OH 44309-3687
14241479       +Peoples Gas Bankruptcy Department,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14241481       +Seventh Ave,    1112 7th Ave,   Monroe, WI 53566-1364
14241483       +The Bradford Exchange LTD,    9307 North Milwaukee Avenue,    Niles, IL 60714-1303
14290620       +UPMC Altoona,    6681 Country Club Drive,    Golden Valley Mn 55427-4601
14241484       +Universal Fidelity LP,    P.O. Box 941911,    Houston, TX 77094-8911
14241485       +Van Ru Credit Corporation,    1350 E. Touhy Avenue, Suite 300E,    Des Plaines, IL 60018-3342
14241486       +Verizon,    500 Technology Dr,   Suite 500,    Weldon Spring, MO 63304-2225
14241487       +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,   Windber, PA 15963-1397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14281645        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2017 00:52:43
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14241467       +E-mail/Text: banko@berkscredit.com Apr 11 2017 00:51:25      Berks Credit & Collections,
                 Po Box 329,   Temple, PA 19560-0329
14241468       +E-mail/Text: bk.notifications@jpmchase.com Apr 11 2017 00:51:26      Chase Auto Finance,
                 P.O. Box 78050,    Phoenix, AZ 85062-8050
14241469       +E-mail/Text: bk.notifications@jpmchase.com Apr 11 2017 00:51:26      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
14265225        E-mail/Text: bk.notifications@jpmchase.com Apr 11 2017 00:51:26      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
14241480       +E-mail/Text: bankruptcy@remitcorp.com Apr 11 2017 00:51:44      Remit Corp,   36 W Main St,
                 Bloomsburg, PA 17815-1703
14241482       +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 00:47:07      Synchrony Bank/ JC Penneys,
                 Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
14241477      ##+North Shore Agency,    4000 East Fifth Avenue,    Columbus, OH 43219-1811
                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7           User: aala              Page 2 of 2            Date Rcvd: Apr 10, 2017
                               Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor William S Arnold thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```