**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM S ARNOLD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-70435 JAD<br><br><br>Document No.: |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/07/2016  and confirmed on 08/24/2016 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 615.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 610.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 139.36 | |
|     Trustee Fee | 24.71 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 164.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 445.93 | 445.93 |
|     Acct: 2609 | | | | |
| | | | | 445.93 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM S ARNOLD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,100.00 | 139.36 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM S ARNOLD | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   600 MRI CT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9457 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0625 | | | | |
| CHASE AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2609 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: A05R | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0611 | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6979 | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9759 | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2862 | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4104 | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5323 | | | | |
| CONEMAUGH PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4964 | | | | |
| DR LEONARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4A4A | | | | |
| CHAPTER HOLDINGS FBO: KING-MACEYK( | 50.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7520 | | | | |
| MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9273 | | | | |
| NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9002 | | | | |
| PENNSYLVANIA ELECTRIC/PENELEC - A F | 811.76 | 0.00 | 0.00 | 0.00 |
| Acct: 9958 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3528 | | | | |
| REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4424 | | | | |
| REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0047 | | | | |
| REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6291 | | | | |
| REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3274 | | | | |
| REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7441 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 184A | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5720 | | | | |
| UNIVERSAL FIDELITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2766 | | | | |
| UNIVERSAL FIDELITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2766 | | | | |
| VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9933 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 890.93 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WINDBER MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 342H | | | | |

| 16-70435 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
    WINDBER MEDICAL CNTR                            0.00           0.00          0.00          0.00
        Acct: 280H
    BRADFORD EXCHANGE                                0.00           0.00          0.00          0.00
        Acct:
    MASON                                                     204.32           0.00          0.00          0.00
        Acct: 302E
    UPMC ALTOONA                                       125.00           0.00          0.00          0.00
        Acct: 1166

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                    445.93

    TOTAL CLAIMED
    PRIORITY                    0.00
    SECURED                  0.00
    UNSECURED           2.082.01

Date: 05/22/2017                                                    /s/ Ronda J. Winnecour
                                                                         RONDA J WINNECOUR PA ID #30399
                                                                         CHAPTER 13 TRUSTEE WD PA
                                                                         600 GRANT STREET
                                                                         SUITE 3250 US STEEL TWR
                                                                         PITTSBURGH, PA  15219
                                                                         (412) 471-5566
                                                                         cmecf@chapter13trusteewdpa.com